# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS FIORELLI,** : | No. 3:14cv2405 |
|     Plaintiff : | |
| : | (Judge Munley) |
|     v. : | |
| : | |
| **2080019 ONTARIO, INC. d/b/a SANDY-X** : | |
| **GROUP; WAQAR MATLOOB;** : | |
| **AZIZ AKHTAR; SREEJESH SASI;** : | |
| **HAYES MEATS, LLC; and GEICO and/or** : | |
| ***GOVERNMENT EMPLOYEES*** : | |
| ***INSURANCE COMPANY,*** : | |
|     **Defendants** : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW,** to wit, this 25th day of June 2015, the defendant's motion to dismiss plaintiff's punitive damages claim (Doc. 28) is hereby DENIED.

                                  **BY THE COURT:**

                                  **s/ James M. Munley**
                                  **JUDGE JAMES M. MUNLEY**
                                  **United States District Court**